IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY P. O'MALLEY,

    Petitioner,

v.                                              CASE NO. 1:05-cv-00077-MP-EMT

JAMES R. McDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 22. Report and Recommendation of the Magistrate Judge, recommending that Petitioner O'Malley's petition for writ of habeas corpus filed under 28 U.S.C. § 2254, Doc. 1, be denied.  The Magistrate Judge filed the Report and Recommendation on Wednesday, October 25, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.  In this instance, however, no objections were made.

Petitioner was found guilty following a jury trial in the Circuit Court for Alachua County of one count of aggravated assault with a deadly weapon and one count of driving while license suspended or revoked, and on appeal the First District Court of Appeals affirmed the conviction and sentence.  In his habeas petition, Petition contends that his due process rights were violated when the state court denied his motion for mistrial following the arresting officer's allegedly improper comment on Petitioner's right to remain silent.  The Court agrees with the Magistrate that even if Petitioner is not procedurally barred from raising this claim in federal court,

Petitioner has failed to show that he suffered prejudice as a result of the trial court's failure to grant the motion for mistrial, and thus any error would be harmless. The record shows that the prosecutor did not intend to elicit any improper statement from the arresting officer, Officer Carlisle, and that the testimony of Officer Carlisle touching upon Petitioner's post-Miranda silence was unintentional and merely a means to describe Petitioner's spontaneous statements.

As Petitioner's counsel immediately objected to this testimony, and as the reference to Petitioner's decision to remain silent was not repeated or highlighted during the remainder of the trial, any error is reviewed under the harmless error standard. See Doyle v. Ohio, 426 U.S. 610, 96 S. Ct. 2240, 49 L. Ed. 2d 91 (1976). The Court agrees with the Magistrate that Officer Carlisle's comment did not have a substantial and injurious effect or influence on the jury, and the verdict was not substantially swayed by any Doyle error. Testimony from the victim and numerous eyewitnesses that identified the Petitioner and described the assault and the absence of justifying circumstances show that Petitioner was not prejudiced by Officer Carlisle's comment, and therefore Petitioner is not entitled to federal habeas relief. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 22, is adopted and incorporated by reference in this order

2. Petitioner O'Malley's petition for writ of habeas corpus, Doc. 1, is DENIED.

**DONE AND ORDERED** this   *28th* day of November, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge